Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

**Dean R. Prober, Esq., BAR ID: 106207**
**Lee S. Raphael, Esq., BAR ID: 180030**
**Cassandra J. Richey, Esq., BAR ID: 155721**
**Polk, Prober & Raphael, A Law Corporation**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**
**Telephone # (818) 227-0100**
**Fax # (818) 227-0101**
**Email cmartin@pprlaw.net**

☐ *Individual appearing without counsel*
☒ *Attorney for: Empire Financial    (F.040-595)*

FOR COURT USE ONLY

**FILED & ENTERED**

**OCT 05 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY tolleson   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Jose L. Gonzalez and Maria T. Gonzalez

Debtors.

| | |
|---|---|
| CHAPTER: | 13 |
| CASE NO.: | 6:08-bk-24764-MJ |
| DATE: | October 7, 2009 |
| TIME: | 9:00 a.m. |
| CTRM: | 302 |
| FLOOR: | 3rd |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT: EMPIRE FINANCIAL)

1. The Motion was:  ☐ Contested   ☐ Uncontested   ☒ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

    *Street Address:*  **1664 Wilson Avenue**
    *Apartment/Suite No.:*
    *City, State, Zip Code:*  **Perris, California 92571**

    Legal description or document recording number (including county of recording):

    ```
    LOT(S) 1 OF TRACT NO. 20005-2, IN THE CITY OF PERRIS, COUNTY OF
    RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 157,
    PAGES 79 THROUGH 81 INCLUSIVE OF MAPS, RECORDS OF RIVERSIDE
    COUNTY, CALIFORNIA.
    A.P.N. #: 306-542-003-3
    ```
    ☐ See attached page.

3. The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)  ☒ 11 U.S.C. § 362(d)(2)  ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.  ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.  ☒ Modified or conditioned as set forth in Exhibit __1__ to this Order.

5.  ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*

**F 4001-1O.RP**

| In Re (SHORT TITLE) | | CHAPTER: | 13 |
|---|---|---|---|
| Jose L. Gonzalez and Maria T. Gonzalez | Debtors | CASE NO: | 6:08-bk-24764-MJ |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
    d. ☐ See attached continuation page for additional provisions.

###

DATED: October 5, 2009

_____
United States Bankruptcy Judge

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009* **F 4001-1O.RP**

| In Re (SHORT TITLE) | | CHAPTER: | 13 |
|---|---|---|---|
| Jose L. Gonzalez and Maria T. Gonzalez | Debtors | CASE NO: | 6:08-bk-24764-MJ |

# ADEQUATE PROTECTION ATTACHMENT
# (MOVANT: EMPIRE FINANCIAL)

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____.

2. ☒ The Debtors shall make regular monthly payments in the amount of $1,834.42 commencing 10/1/09. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

    U.S. Bank, N.A.

    4801 Frederica Street

    Owensboro, KY 42301

3. ☒ The Debtors shall cure the postpetition default computed through 9/1/09 in the sum of $5,520.55 as follows:

    a. ☒ In equal monthly installments of $460.05 each commencing 10/1/09 and continuing thereafter through and including 8/1/10,

    b. ☒ By paying the sum of $460.00 on or before 9/1/10,

    c. ☐ By paying the sum of $_____ on or before _____,

    d. ☐ By paying the sum of $_____ on or before _____,

    e. ☐ Other:

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
    Disclosure Statement shall be approved on or before *(specify date)*:
    The Plan shall be confirmed on or before *(specify date)*:

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 10 calendar days after mailing of such written notice:

    a. ☐ The stay shall automatically terminate without further notice, hearing or order.

    b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

    c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

___

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*

**F 4001-1O.RP**

Order on Motion for Relief from Stay (Real Property) - Page 4 of 7

| In Re (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|
| Jose L. Gonzalez and Maria T. Gonzalez | Debtors | CASE NO: 6:08-bk-24764-MJ |

    d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*

**F 4001-1O.RP**

| In Re (SHORT TITLE) | | CHAPTER: | 13 |
|---|---|---|---|
| Jose L. Gonzalez and Maria T. Gonzalez | Debtors | CASE NO: | 6:08-bk-24764-MJ |

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of  3  *(number)* notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 10-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other *(specify)*:

    Debtor shall pay to Movant the sum of $900.00, representing its attorneys' fees incurred in bringing this action. Said fees shall be paid through the Debtor's Chapter 13 Plan. Movant may file an Amended Proof of Claim to reflect the addition of said fees.

    Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

Approved as to form and content:

*/s/ Cassandra J. Richey            .*
Cassandra J. Richey, Esq.
Attorney for Movant


_____
Mirna El Hazin, Esq.
Attorney for Debtors

| ____MJ_____ |
|---|
| Judge's Initials |

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*                                                                                                       **F 4001-1O.RP**

| In Re (SHORT TITLE) | | CHAPTER: | 13 |
|---|---|---|---|
| Jose L. Gonzalez and Maria T. Gonzalez | Debtors | CASE NO: | 6:08-bk-24764-MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The foregoing document described **ORDER GRANTING RELIEF FROM AUTOMATIC STAY,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   10/2/09   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/2/09 | Barbara Scott | /s/ Barbara Scott |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009* **F 4001-1O.RP**

Order on Motion for Relief from Stay (Real Property) - Page 7 of 7

| In Re (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|
| Jose L. Gonzalez and Maria T. Gonzalez | Debtors | CASE NO: 6:08-bk-24764-MJ |

**II. SERVED BY U.S. MAIL**

Honorable Meredith A. Jury
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819
JUDGE'S COPY

Jose L. Gonzalez
Maria T. Gonzalez
1664 Wilson Avenue
Perris, CA 92571
Debtors

Mirna El Hazin, Esquire
Law Offices of El Hazin & Associates
3732 12th Street
Riverside, CA 92501
Debtors' Attorney

Rod Danielson
4361 Latham Street, Suite 270
Riverside, CA 92501
Chapter 13 Trustee

Polk, Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365

Household Finance Corp of America
P.O. Box 4153
Carol Stream, IL 60197
Second Mortgage

Riverside County Tax Collector
4080 Lemon Street
Riverside, CA 92501
Property Taxes

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009* **F 4001-1O.RP**

| In Re (SHORT TITLE) | | CHAPTER: | 13 |
|---|---|---|---|
| Jose L. Gonzalez and Maria T. Gonzalez | Debtors | CASE NO: | 6:08-bk-24764-MJ |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION GRANTING RELIEF FROM AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 9/11/09, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Cassandra J. Richey cmartin@pprlaw.net
Rod (MJ) Danielson  notice-efile@rodan13.com
United States Trustee (RS)  ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Jose L. Gonzalez
Maria T. Gonzalez
1664 Wilson Avenue
Perris, CA 92571

Mirna El Hazin, Esquire
Law Offices of El Hazin & Associates
3732 12th Street
Riverside, CA 92501

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009* **F 4001-1O.RP**